# **EXHIBIT A**



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Filed
D.C. Superior Court
09/02/2022 08:15PM
Clerk of the Court

Irvina P. Lewis
_____
Plaintiff
vs.

Washington Metropolitan Area Transit Authority et al.
_____
Defendant

Case Number  2022 CA 002570 B

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Jeffrey W. Stickle
_____
Name of Plaintiff's Attorney

McCarthy Wilson LLP
_____
Address
2200 Research Blvd, Ste., 500, Rockville, MD 20850

(301)762-7770
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date   **09/12/22**

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]    Super. Ct. Civ. R. 4



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

Irvina P. Lewis
_____
                    Demandante
              contra

Washington Metropolitan Area Transit Authority et al.
_____
                    Demandado

Número de Caso: 2022 CA 002570 B

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

Jeffrey W. Stickle
_____
Nombre del abogado del Demandante

McCarthy Wilson LLP
_____
Dirección
2200 Research Blvd, Ste., 500, Rockville, MD 20850

(301)762-7770
_____
Teléfono

*SECRETARIO DEL TRIBUNAL*

Por: _____
                Subsecretario

Fecha _____

如需翻译,请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828

한국어 번역을 원하시면 (202)879-4828   የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                                       Super. Ct. Civ. R. 4

```
                                                    Filed
                                                    D.C. Superior Court
                                                    06/20/2022 18:38PM
                                                    Clerk of the Court
```

### IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| IRVINA P. LEWIS )<br>1111 Anacostia Road SE )<br>Washington, DC 20019 )<br>    )<br>  *Plaintiff* )<br>    )<br>v.   )<br>    )<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>600 5th Street, NW )<br>Washington, DC 20001 )<br>    )<br>and   )<br>    )<br>JANE DOE, an unknown employee of )<br>the Washington Metropolitan Area )<br>Transit Authority, )<br>600 5th Street, NW )<br>Washington, DC 20001 )<br>    )<br>  *Defendants* ) | CASE NO. 2022 CA 002570 B |

### COMPLAINT

COMES NOW the Plaintiff, Irvina P. Lewis, by and through counsel, McCarthy Wilson LLP and Jeffrey W. Stickle, Esq., and sues the Defendants, Washington Metropolitan Area Transit Authority and Jane Doe, an unknown employee of the Washington Metropolitan Area Transit Authority, and as cause of action, states as follows:

### PARTIES, VENUE, AND JURISDICTION

1.  That the Plaintiff, Irvina P. Lewis (hereinafter "Lewis"), is and at all times relevant hereto has been an adult resident of Washington, DC;

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

1

2. That the Defendant, Washington Metropolitan Area Transit Authority (hereinafter "WMATA"), is a public entity created by way of a compact between Maryland, Virginia, and the District of Columbia to create an interstate entity responsible for overseeing a mass transportation system in the D.C. metropolitan area, and has its principal place of business in Washington, DC

3. That upon information and belief, the Defendant, Jane Doe, was at all relevant times hereto an employee of WMATA, and that employment occurred within in Washington, DC.; despite numerous efforts, including requests upon WMATA, the identity of Jane Doe has not been able to be ascertained;

4. That the incident complained of herein occurred on or June 10, 2019 at the intersection of Wheeler Rd and Southern Ave in Hillcrest Heights, Washington, DC 20745;

5. That this Honorable Court is vested with jurisdiction over the matter as a Court of general jurisdiction pursuant to D.C. Code § 11-921; and

6. That the acts complained of took place in the District of Columbia, and venue in the District of Columbia is proper as to all parties; Consequently, this Court may exercise personal jurisdiction over Defendants pursuant to D.C. Code § 13-423;

**FACTS COMMON TO ALL COUNTS**

7. That on June 10, 2019 at approximately 3:45 p.m., Lewis was a passenger on bus #6581 at or near its intersection with Wheeler Rd and Southern Ave in Hillcrest Heights, Washington DC;

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

2

8. That at the same time and place aforesaid, Jane Doe was operating NH bus #6581, at or near the same aforesaid intersection;

9. That on said afternoon, Defendant, Jane Doe, the operator of NH bus #6581, began to argue with and subsequently, suddenly and without warning, grabbed the Plaintiff's left arm, reached into her pockets, and otherwise struck and attacked the Plaintiff, causing Plaintiff to sustain severe and painful, and permanent injuries including but not limited to her right middle finger; and

10. That the attack occurred without any negligence or fault on the part of the Plaintiff.

## COUNT I
## NEGLIGENCE
### (*Irvina Lewis v. Jane Doe*)

11. That the Plaintiff re-alleges and incorporates herein by reference all allegations contained in the preceding paragraphs, and in addition states:

12. That the Defendant, Jane Doe, had a duty to use reasonable care to conduct the operations of the NH bus #6581 in a careful, safe, and prudent manner, with all due care for the safety of the passengers aboard, including Plaintiff;

13. That Defendant, Jane Doe, breached her duty of care to the Plaintiff by acting in a careless, unsafe, and imprudent manner, creating an unsafe situation and ultimately attacking the Plaintiff as aforesaid;

14. That at all times in question, the Plaintiff, Irvina P. Lewis, acted in a careful and prudent manner without any negligence contributing to the resulting incident;

15. That as a direct result of the aforesaid acts of negligence, the Plaintiff, Irvina

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

P. Lewis, who was at all times exercising due care, was caused to suffer severe and painful injuries to her body, which has caused her great pain, suffering, and mental anguish, as well as significant economic costs associated with medical care for those injuries.

WHEREFORE, the Plaintiff, Irvina P. Lewis, demands judgement against Defendant, Jane Doe, in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for damages, together with the costs of this action, and for such other and further relief as is deemed just and proper.

### COUNT II
### NEGLIGENT HIRING, TRAINING, & SUPERVISION
### (*Irvina Lewis v. WMATA*)

16. That the Plaintiff re-alleges and incorporates herein by reference all allegations contained in the preceding paragraphs, and in addition states:

17. That the Defendant, WMATA, had a duty to use reasonable care to select employees who were competent and fit to perform the duties required of the job;

18. That the Defendant, WMATA, further had a duty to use reasonable care to train and supervise its employees to ensure they were competent and fit to perform the duties required of the job;

19. That the Defendant, WMATA, further had a duty to use reasonable care to investigate and remove employees who were unfit for the job and for interaction with its riders;

20. That the Defendant, Jane Doe, was violent, incompetent, unfit, and unable to perform duties required at the time of hiring by Defendant WMATA;

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

21. That the Defendant, Jane Doe, was further violent, incompetent, unfit, and unable to perform duties required during her continued employment with WMATA including at the time of the aforesaid incident;

22. That WMATA breached its numerous duties as aforesaid including hiring and employing Jane Doe despite her violent and unfit nature, by failing to supervise Jane Doe, by failing to investigate and terminate Jane Doe, and by otherwise failing to act as a prudent employer;

23. That at all times in question, the Plaintiff, Irvina P. Lewis, acted in a careful and prudent manner without any negligence contributing to the resulting incident;

24. That as a direct result of the aforesaid acts of negligence, the Plaintiff, Irvina P. Lewis, who was at all times exercising due care, was caused to suffer severe and painful injuries to her body, which has caused her great pain, suffering, and mental anguish, as well as significant economic costs associated with medical care for those injuries.

WHEREFORE, the Plaintiff, Irvina P. Lewis, demands judgement against Defendant, WMATA, in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for damages, together with the costs of this action, and for such other and further relief as is deemed just and proper.

### COUNT III
### VICARIOUS LIABILITY/RESPONDEAT SUPERIOR
*(Irvina Lewis v. WMATA)*

25. That the Plaintiff re-alleges and incorporates herein by reference all allegations contained in the preceding paragraphs, and in addition states:

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

26. That the Defendant, Jane Doe, was acting within the scope of her employment with the Defendant, WMATA, at the time of and in the conduct of the aforesaid incident;

27. That as the employer of Jane Doe at the time of and within the scope of the aforesaid incident, WMATA is vicariously liable for the negligence of its employee, Jane Doe, as aforesaid.

WHEREFORE, the Plaintiff, Irvina P. Lewis, demands judgement against Defendant, WMATA, in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for damages, together with the costs of this action, and for such other and further relief as is deemed just and proper.

### COUNT IV
### ASSAULT
### (*Irvina Lewis v. Jane Doe*)

28. That the Plaintiff re-alleges and incorporates herein by reference all allegations contained in the preceding paragraphs, and in addition states:

29. That the Defendant, Jane Doe, engaged in intentional acts of unlawful conduct with the Plaintiff when she suddenly and without warning grabbed the Plaintiff's left arm, reached into her pockets, and otherwise struck and attacked the Plaintiff, causing significant fear of imminent harm and ultimately, serious and permanent injuries;

30. That the Plaintiff, Irvina P. Lewis, in no way consented to the described contact by the Defendant, Jane Doe, in no way provoked, contributed, or in any way presented just or reasonable cause for the Defendant, Jane Doe, to act as she did and did

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

nothing to contribute to the unlawful touching that the Defendant, Jane Doe inflicted upon the Plaintiff;

31. That the conduct of the Defendant, Jane Doe, was without legal justification and was improperly motivated by ill will and actual malice; and

32. That as a direct proximate result of the assault perpetrated by the Defendant, Jane Doe, the Plaintiff, Irvina P. Lewis, caused to suffer severe and painful injuries to her body, which has caused her great pain, suffering, and mental anguish, as well as significant economic costs associated with medical care for those injuries.

WHEREFORE, the Plaintiff, Irvina P. Lewis, demands judgement against Defendant, Jane Doe, in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for damages, together with the costs of this action, and for such other and further relief as is deemed just and proper.

### COUNT V
### BATTERY
### (*Irvina Lewis v. Jane Doe*)

33. The Plaintiff re-alleges and incorporates herein by reference all allegations contained in the preceding paragraphs, and in addition states:

34. That the Defendant, Jane Doe, engaged in intentional acts of unlawful conduct with the Plaintiff when she suddenly and without warning grabbed the Plaintiff's left arm, reached into her pockets, and otherwise struck and attacked the Plaintiff, battering her and causing serious and permanent injuries;

35. That the Plaintiff, Irvina P. Lewis, in no way consented to the described contact by the Defendant, Jane Doe, in no way provoked, contributed, or in any way

Case 1:22-cv-03148   Document 1-2   Filed 10/17/22   Page 11 of 19

presented just or reasonable cause for the Defendant, Jane Doe, to act as she did and did nothing to contribute to the unlawful touching that the Defendant, Jane Doe inflicted upon the Plaintiff;

36. That the conduct of the Defendant, Jane Doe, was without legal justification and was improperly motivated by ill will and actual malice; and

37. That as a direct proximate result of the battery perpetrated by the Defendant, Jane Doe, the Plaintiff, Irvina P. Lewis, caused to suffer severe and painful injuries to her body, which has caused her great pain, suffering, and mental anguish, as well as significant economic costs associated with medical care for those injuries.

WHEREFORE, the Plaintiff, Irvina P. Lewis, demands judgement against Defendant, Jane Doe, in the amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for damages, together with the costs of this action, and for such other and further relief as is deemed just and proper.

Respectfully Submitted,

McCARTHY WILSON LLP

By: //s// *Jeffrey W. Stickle*
Jeffrey W. Stickle, Esq. #491686
sticklej@mcwilson.com
2200 Research Blvd., Suite 500
Rockville, MD 20850
(301) 762-7770
*Counsel for Plaintiff, Irvina P. Lewis*

## DEMAND FOR JURY TRIAL

The Plaintiff, Irvina P. Lewis, hereby demands that all matters and issues raised herein be tried before a jury.

                                                     //s// *Jeffrey W. Stickle*
                                                     Jeffrey W. Stickle

LAW OFFICES
McCARTHY WILSON LLP
A LIMITED LIABILITY PARTNERSHIP
WWW.MCWILSON.COM

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

IRVINA P. LEWIS     Case Number: 2022 CA 002570 B

vs     Date: 6/10/2022

WMATA     ☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Jeffrey W. Stickle | Relationship to Lawsuit |
|---|---|
| Firm Name: McCarthy Wilson LLP | ☒ Attorney for Plaintiff |
| Telephone No.: 301-762-7770    Six digit Unified Bar No.: 491686 | ☐ Self (Pro Se) ☐ Other: |

TYPE OF CASE: ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury
Demand: $ 100,000.00    Other:

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar#: _____

NATURE OF SUIT: *(Check One Box Only)*

### A. CONTRACTS     COLLECTION CASES

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation Under $25,000 Consent Denied

### B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)
☐ 03 Destruction of Private Property
☐ 04 Property Damage
☐ 05 Trespass

### C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☒ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☒ 16 Negligence- (Not Automobile, Not Malpractice)

☒ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

**II.**

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)
- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)
- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

**D. REAL PROPERTY**

- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)
- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

6/10/2022
_____
Date

CV-496/ June 2015



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION** Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

IRVINA P. LEWIS
Vs.                                                            C.A. No.        2022 CA 002570 B
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY et al

## INITIAL ORDER AND ADDENDUM

**Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:**

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to: Judge YVONNE WILLIAMS
Date:           June 15, 2022
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, September 09, 2022
Location: Courtroom 212
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides, "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

## Civil Remote Hearing Instructions for Participants

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option1:** (AUDIO ONLY/Dial-in by Phone):

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the Audio Alternative

**Option 2:** (LAPTOP/ DESKTOP USERS 1):

Open Web Browser in Google Chrome and copy and paste following address from the next page:
https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3:** (LAPTOP/ DESKTOP USERS 2):

Open Web Browser in Google Chrome and copy and paste following address
https://dccourts.webex.com  Select **Join**, enter the Meeting ID from the next page



**AUDIO ALTERNATIVE:** Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window. Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.

**Option 4:** (Ipad/SMART PHONE/TABLET):

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be
- seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | **WebEx Direct URL** | **WebEx Meeting ID** |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

| | | | |
|---|---|---|---|
| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

CAIO-60